937 F.2d 600
 Warner (Gwendolyn), Gillead (Leroy, II)
v.
Ellerbe (Cecilia), Aaron (Marveline), Friedman (Bert),
Moray, Inc., Monaghan (Detective), Secaucus Police, May
(Dennis), Hall (Vergann), Mealing (Judy), Stalgaitis
(Helen), Campbell (Robert), Lopez (Teodulo), Gamble
(Rebecca), Vereen (Lou Marie), Olivera (Luis), Troya
(Lorena), Wannamaker (Florine)
 NO. 90-5803
 United States Court of Appeals,
Third Circuit.
 JUN 06, 1991
 
 Appeal From: D.N.J.,
 Wolin, J.
 
 
 1
 AFFIRMED.